UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Criminal No. 12-94 (DWF/AJB)

          Plaintiff,

v.                                  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Brady Anthony Johnson,

          Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated May 23, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Chief Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1. Defendant Brady Anthony Johnson's Motion to Suppress Eyewitness Identifications (Doc. No. [19]) is **DENIED**.

    2. Defendant Brady Anthony Johnson's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [20]) is **DENIED**.

3. Defendant Brady Anthony Johnson's Motion to Suppress Statements, Admissions and Answers (Doc. No. [21]) is **DENIED**.

Dated: June 15, 2012          s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge